UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-21457-CIV-ROSENBAUM

SHACK SHEDRICK, JEROME
MITCHELL, MILTON DAVIS,
and JOHN WILLIAMS, on
behalf of themselves and all
those similarly situated,

          Plaintiffs,

v.

DISTRICT BOARD OF TRUSTEES
OF MIAMI-DADE COLLEGE,

          Defendant.

_____/

## ORDER STAYING OBJECTION PERIOD FOR REPORT AND RECOMMENDATION ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

This matter is before the Court on Plaintiffs' Motion to Amend Their Class Certification Motion & Extend the Time to File Objections to the Magistrate's Report [D.E. 58]. In their Motion, Plaintiffs seek to be excused from filing objections to the Honorable Chris McAliley's Report and Recommendation on Plaintiffs' Motion for Class Certification [D.E. 55] and to proceed instead by filing an amended motion for class certification. If the Court permits Plaintiffs to file an amended motion for class certification, Plaintiffs suggest, the amended motion may moot some or all of the issues raised by Magistrate Judge McAliley's Report and Recommendation. Plaintiffs note, however, that Defendant objects to their Amended Motion for Class Certification. In the interests of judicial economy, it is therefore **ORDERED and ADJUDGED** that the period for Plaintiffs to file any objections to Magistrate Judge McAliley's Report and Recommendation shall be stayed until

**three business days after the Court rules on Plaintiffs' Motion to Amend** or further order of this

Court directing a different response period, whichever occurs first.

      **DONE and ORDERED** this 23rd day of July 2012.

                                               ROBIN S. ROSENBAUM
                                              UNITED STATES DISTRICT JUDGE

cc:    The Honorable Chris McAliley
       Counsel of Record